Dorothy Crawshaw, appellee, v. St. Louis Electric Terminal Railway Company, appellant.

Action to recover damages for personal injuries sustained in a collision between an automobile and a street car. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919.

Terry, Gueltig & Powell, for appellant; Burton & Hamilton, of counsel. M. R. Sullivan, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

William C. Beiser, appellee, v. John Strubel and Guy Helmick, appellants.

Action to recover balance due under a paving contract. Judgment for plaintiff. Appeal from the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919.

John J. Brenholt, for appellants. William P. Boynton and J. V. E. Marsh, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

August J. Struif, appellee, v. Charles W. Young, appellant.

Action to recover for fraud in the sale of land. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed April 12, 1919.

Gilson Brown and J. V. E. Marsh, for appellant. B. J. O'Neill and Newell & Brown, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

Henry Campbell, appellee, v. Vandalia Railroad Company, appellant.

Action to recover damages for personal injuries sustained while transferring lumber from a defective car to another car. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. H. L. Browning, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of fact. Opinion filed April 12, 1919.

Whitnel & Whitnel and Turner & Holder, for appellant. Borders & Borders, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

Charles W. Young, appellee, v. Alton, Granite & St. Louis Traction Company, appellant.

Action to recover for damages to an automobile caused by a collision with a street car. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of fact. Opinion filed April 12, 1919.

Burroughs & Ryder, for appellant. J. V. E. Marsh, for appellee.

Mr. Justice Boggs delivered the opinion of the court.